# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Joshuah L Burr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00131-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Macon County Sheriffs Office | ) | |
| Karen Alphonso | ) | |
| Robbie Holland | ) | |
| Christopher Prince | ) | |
| Dale Clouse, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2020 Order.

July 15, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court